## STATE v. EFFINGHAM

No. 232P02

Case below: 149 N.C. App. 668

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

## STATE v. EVANS

No. 7P02

Case below: 147 N.C. App. 525

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

## STATE v. GILLEY

No. 273P02

Case below: 149 N.C. App. 977

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

## STATE v. GRAY

No. 556A93-2

Case below: Lenoir County Superior Court

Motion by defendant pro se to reconsider petition for writ of certiorari, motion to appoint counsel, and motion to delay ruling dismissed 27 June 2002.

## STATE v. HAMILTON

No. 269P02

Case below: 148 N.C. App. 216

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 June 2002.